UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY MARIE DADIAN WALLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01670 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

　　　　Plaintiff Marcy Marie Dadian Wallis seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Here, however, Plaintiff failed to sign the affidavit.

　　　　Accordingly, Plaintiff **SHALL** file an amended motion to proceed *in forma pauperis* that is signed under penalty of perjury—affirming that the information provided was true and correct— no later than **November 30, 2015**.

IT IS SO ORDERED.

　　Dated:　**November 16, 2015**　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE