**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCY MARIE DADIAN WALLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01670- JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On March 6, 2017, Marcy Marie Dadian Wallis and Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:   fees in the total amount of $3,900.00 are **AWARDED** to Plaintiff, Marcy Marie Dadian Wallis.

IT IS SO ORDERED.

　　Dated:   **March 7, 2017**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1