# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY WALLIS, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL[1], <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:15-cv-1670- JLT <br><br> ORDER SETTING A BRIEFING SCHEDULE ON COUNSEL'S MOTION FOR ATTORNEY FEES <br><br> (Doc. 21) |

Brian Shapiro, counsel for Plaintiff Marcy Wallis, filed a motion for fees pursuant to 42 U.S.C. § 406(b) on September 4, 2019. (Doc. 21) At that time, Plaintiff was notified that she had fourteen days to file a response with the Court. (*Id.* at 2, 14) However, no filing deadlines were triggered for the Commissioner because the matter is not set for hearing. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **October 1, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **October 8, 2019**.

IT IS SO ORDERED.

Dated: **September 10, 2019**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Carolyn W. Colvin in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).